**United States District Court**
Eastern District of Washington

~~Bevan Maxey~~

Eliza R Salazar

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Bevan Maxey
Margaret Stewart
Tirso Salazar
Russell Frickey

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 25 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Case No. 2:23-cv-00308-TOR
*(To be filled out by Clerk's Office only)*

# COMPLAINT

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Salazar Eliza R
              Name (Last, First, MI)

              721 E Houston # 338
              Street Address

              Spokane Spokane          WA          99208
              County, City             State       Zip Code

              509 901 3041
              Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Bevan Maxey
                Name (Last, First)

                1835 W Broadway
                Street Address

                Spokane Spokane          WA          99208
                County, City             State       Zip Code

Defendant 2:    Russell Frickey
                Name (Last, First)

                9805 N Pison Ct
                Street Address

                Spokane Spokane          WA          83854
                County, City             State       Zip Code

**Defendant(s) Continued**

Defendant 3: Salazar (Sal) Tirso
Name (Last, First)

2724 E Bruce Ave #
Street Address

Spokane Spokane          WA         99217
County, City             State      Zip Code

Defendant 4: ~~Marco Sadozear~~ Margaret Stewart
Name (Last, First)

2724 E Bruce Ave
Street Address

Spokane Spokane          WA         99217
County, City             State      Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

My Prior case with Bevan Maxeys office has now a conflict of intrest by talking to Russell Frickey. Margaret Stewart and Tirso Salazar do not have leagal Rights to any power of attorney forged documents and have used to cash checks rightfully mine with a malpractice Sacredheart suit I never got paid for by this attorney checks should have never been given to fake Power of attorney's with forged Signatures No federal stamp

Page 3 of 8

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Conflict of intrest Between Beven Maxey and Russell Fricky in my defence. Beven knew that Russell was my previos court case handled by his office check all phone Records

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Maxey law agreement @ addrian boyd.

Date(s) of occurrence: Ongoing

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

FBI is investigating FentyNil distribution by "cartels" "Dea" Beveon is "working" and selling as a cartel Paying dea for narcotics Russell is the Kingpin.

Margaret is my sister is also conflict of

intrest - having sexual Relations with Russell while spending my settlement from SacredHeart malpractice split with Bevan maxey - and I never recieved the award

Tirso Salazar is also using forged P.O.A. documents to cash my checks Mary Salazar placed the check in bank of america merryl Lynch retire-ment downtown Spokane. Russell works for Bevan Maxey distributing fentynlyl and filters the money through his company Big league Builders (TAX INDICTMENT) paid the next day and mona at fraud department in boise Idaho.

Maxeys office was my attorney and now through calls thru Text Now 5097231339 to sell and distribute fentynal (Bevan)

Oct 25th was seen at the federal clerks office and ~~was~~ Russel margaret Helen Aron were here to explain the conflict of intrest 11:30 - 1:00pm clerk

Was anyone else involved?

All parties mentiond have Stolen a settlement and never paid me

Russell & margaret Stewart has made death threats has poisond me with rat poison and have robbed my house I have permanate holes in my Brain scan Inland imaging

Who did what?

## V.  INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

holes in my brain Seiszures from Rat poison Text messages will confirm
mental abuse from being called casino whore
Network issues from Arron V. Fisher hacked my Phone. mental delay from the repetative poison
the thefts from Russell in my home
Bose Speaker

## VI.  RELIEF

The relief I want the court to order is:

☐  Money damages in the amount of: $ 1.5 billion each party
☐  Other (explain):

Sacred heart and the whistleblower settlement award Taxinctment Idaho State the tax commission — has all been Paid off

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

10-25-2023
Dated

Eli Salazar
Plaintiff's Signature

Eliza Salazar
Printed Name (Last, First, MI)

721 E Houston C338    Spokane    WA    99208
Address                City              State  Zip Code

509 9013041
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*